An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES LAWAYNE POSEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62709

FILED

APR 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to modify the conditions of probation. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]In light of this order, no action will be taken on appellant's motion to voluntarily dismiss this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10931

cc:    Hon. Michelle Leavitt, District Judge
Clark County Public Defender
James Lawayne Posey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A